Order issued: November *30* , 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00848-CV

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants**

### V.

**GREENVILLE LANDMARK VENTURE, LTD., ET AL., Appellees**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. 10-02411-D

## ORDER

We **GRANT** appellants' November 26, 2012 motion for an extension of time to file their notice of appeal. Appellants' notice of appeal filed on June 19, 2012 is deemed timely filed for jurisdictional purposes.

We **DENY** appellees' November 27, 2012 motion to dismiss for want of jurisdiction.

We **ORDER** David Roy, Official Court Reporter for County Court at Law No. 4 of Dallas County, Texas, to file the complete reporter's record on or before **December 28, 2012**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to David Roy and all counsel of record.

ELIZABETH LANG-MIERS
JUSTICE